# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

WILLIAM POSTORINO, JR.,

        Defendant.

2:12-CR-071-MMD-(VCF)

# PRELIMINARY ORDER OF FORFEITURE

On February 11, 2013, defendant WILLIAM POSTORINO, JR., pled guilty to Count One of a One-Count Criminal Indictment charging him with Convicted Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 23; Plea Agreement, ECF No. 24.

This Court finds defendant WILLIAM POSTORINO, JR., agreed to the forfeiture of the property set forth in the Plea Agreement and in the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 23; Plea Agreement, ECF No. 24.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant WILLIAM POSTORINO, JR., pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 23; Plea Agreement, ECF No. 24.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    (a)    a Smith and Wesson .357 caliber revolver bearing serial number 9K23145; and

    (b)    any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of WILLIAM POSTORINO, JR., in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

. . .

. . .

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 5th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

3

**PROOF OF SERVICE**

I, Heidi L. Skillin, Paralegal III, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on March 26, 2013 by the below identified method of service:

<u>Electronic Filing</u>

Karen A. Connolly
6600 W. Charleston Blvd., Suite 124
Las Vegas, NV 89146
advocate@kconnollylawyers.com
Counsel for William Postorino

/s/ HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associates Paralegal